RECEIVED

MAY 16 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

LONNY LANE LINDSEY                     CASE NO.: 1:10-cv-1907

VERSUS                                 JUDGE DEE D. DRELL

MICHAEL J. ASTRUE                      MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the attorney's fees and costs in the amount of $3510 is awarded and shall be paid.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 16th day of May, 2012.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE